1048

No. 92–372. TATARANOWICZ ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 92–417. AXMEAR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–427. DANNIS ET AL. *v.* RESOLUTION TRUST CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–428. GRAFF *v.* BANK ONE, TEXAS, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–449. JUNG YUL YU *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–456. BELL HELICOPTER TEXTRON, INC. *v.* UNITED STATES; and
No. 92–457. SEA AIRMOTIVE, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 967 F. 2d 307.

No. 92–467. GILLESPIE *v.* MANNES. C. A. 9th Cir. Certiorari denied.

No. 92–516. TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* DAKOTA GASIFICATION CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–526. ONE PARCEL OF REAL PROPERTY LOCATED AT 456 CAFFERTY ROAD, TINICUM TOWNSHIP, BUCKS COUNTY, PENNSYLVANIA, ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–544. PETRUS ET AL. *v.* INSPECTOR GENERAL, DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 92–545. UNITED STATES *v.* GRANITE CONSTRUCTION CO. C. A. Fed. Cir. Certiorari denied.

No. 92–552. BAKER *v.* GULF + WESTERN INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.